JONES *v.* COLLINS *et al.*

HILL, J. 1. The court did not err in admitting the judgment setting aside the year's support, over the objection urged.

2. Under the pleadings and evidence the court did not err in directing a verdict for the defendants.

*Judgment affirmed. All the Justices concur.*

No. 778. OCTOBER 17, 1918.

Complaint for land. Before Judge Morris. Cherokee superior court. October 9, 1917.

*J. R. Whitaker* and *E. W. Coleman,* for plaintiff.

*J. Z. Foster* and *G. I. Teasley,* for defendants.